In the Matter of DIRECTORS OF EQUITABLE FIRE AND POLICE FUND. UNIFORMED FIREMEN'S ASSOCIATION OF GREATER NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 761.] Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

## (January 21, 1944.)

EMIL K. ELLIS, Appellant-Respondent, v. CITY OF NEW YORK, Respondent-Appellant.— Orders entered March 24, 1943 [180 Misc. 968], and May 4, 1943, so appealed from, unanimously affirmed, without costs. Order entered May 6, 1943, granting defendant's motion for consolidation, unanimously affirmed, with twenty dollars costs and disbursements to the defendant-appellant. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PENN FIFTH AVENUE CORPORATION, IDEL MARKOWITZ and MAX SPIELER, Appellants.— Judgments of conviction on both counts of the information unanimously reversed, the information dismissed and the fines remitted, on the ground that defendants' guilt of the charges made was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ARTHUR A. MARSHALL, Appellant, v. ALFRED CANAPA et al., Respondents. CECIL A. MARSHALL, Appellant, v. ALFRED CANAPA et al., Respondents.— Judgments unanimously affirmed, with costs of these appeals to the respondents against the respective appellants. No opinion. Present — Martin. P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ROBERT G. JEFFREY, Respondent, v. SAMUEL J. LEVY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

M. STEINMARDER, INC., Appellant, v. LAMPSON, FRASER & HUTH, INC., Respondent, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JEAN COX, Respondent, v. STEVE SHERMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MEMORIAL PARKS, INC., Respondent, v. J. ALEXANDER DINGWALL, JR., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Estate of SAVERIO ASTORINO, Deceased. LOUIS ASTORINO, Appellant; THOMAS ASTORINO et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

WILLIAM MIRMAN et al., for Themselves and for the Benefit of All Other Stockholders of MODERN INTERNATIONAL CORPORATION and MODERN INDUSTRIAL BANK Similarly Situated, Appellants, v. JACOB LEICHTMAN et al., Respondents, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to replead with respect to the occurrence alleged to have taken place in 1940, if so advised, within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.